Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED 2024 MAY 16 AM 10: 14

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Yicheng ZHANG<br><br>USMS# _____ PLAINTIFF / DEFENDANT | CASE NUMBER:<br>2:24-cr-0311-SVW-2<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 5/16/2024 at 0605 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:

   18 USC 1956

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No   ☒ Yes   Language: Mandarin

7. Year of Birth: 1986

8. Defendant has retained counsel:  ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Sent to PSA Intake Email

10. Remarks (if any): _____

11. Name: SA John Jasek   (please print)

12. Office Phone Number: 917-475-3750

13. Agency: USSS

14. Signature: [signature]

15. Date: 5/16/2024

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION