# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:24-CR-311-SVW |
| YICHENG ZHANG | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>May 21,</u> , <u>2024</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Rozella A. Oliver</u>, in Courtroom <u>TBD</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: May 16, 2024

*[signature: Rozella A. Oliver]*
U.S. ~~District Judge~~/Magistrate Judge