UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. __2:24-CR-0311-SVW-002__     Date: __05/16/2024__

Present: The Honorable: __Rozella A. Oliver, U.S. Magistrate Judge__

Interpreter __Samuel Chan__     Language __Mandarin__

| __Teagan Snyder__ | __05/16/2024__ | __Nisha Chandran__ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present   In Custody       Attorneys for Defendants:   ✔ Present   DFPD

Yicheng Zhang                                          James S. Threatt

**Proceedings: Arraignment of**      ✔ **Assignment of Case**         **Appointment of Counsel**
**Defendant and/or**                    **Initial Appearance**

\* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Samuel Chan; Language: Mandarin

\* Defendant states true name is the name on the charging document.

\* Defendant is arraigned under name on charging document.

\* Defendant acknowledges having read the charging document and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the charging document.

\* This case is assigned to Judge Stephen V. Wilson.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 7/9/2024 9:00 AM

\* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.

Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:     PSALA          PSAED          PSASA
    ✔ USMLA          USMED          USMSA
       Statistics Clerk             ✔ Interpreter
       CJA Supervising Attorney     Fiscal

Initial Appearance/Appointment of Counsel: __00__ : __00__

Arraignment: __00__ : __02__

Initials of Deputy Clerk: __TS by TRB__