1 | E. MARTIN ESTRADA
United States Attorney
2 | CAMERON L. SCHROEDER
Assistant United States Attorney
3 | Chief, Criminal Division
NISHA CHANDRAN (Cal. Bar No. 325345)
4 | Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
5 | MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
6 | National Cryptocurrency Enforcement Team
Computer Crime and Intellectual Property Section
7 |      1500 United States Courthouse
312 North Spring Street
8 |      Los Angeles, California 90012
Telephone: (213) 894-2429/1785
9 |      Facsimile: (213) 894-0141
E-mail:    nisha.chandran@usdoj.gov
10 |                maxwell.coll@usdoj.gov

11 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

12 |

13 |                  UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
14 |

15 | UNITED STATES OF AMERICA,            No. 2:24-00311-RGK

16 |            Plaintiff,               [PROPOSED] ORDER CONTINUING TRIAL
                                        DATE AND FINDINGS REGARDING
17 |                v.                   EXCLUDABLE TIME PERIODS PURSUANT
                                        TO SPEEDY TRIAL ACT
18 | DAREN LI,
        aka "Devon,"                    [PROPOSED] TRIAL DATE: 4/15/2025
19 |    aka "KG-PERFECT,"                                       9:00 a.m.
        aka "RF," and
20 | YICHENG ZHANG,
        aka "Eason,"

21 |            Defendants.

22 |

23 |      The Court has read and considered the Stipulation Regarding

24 | Request for (1) Continuance of Trial Date and (2) Findings of

25 | Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

26 | parties in this matter on June 17, 2024.  The Court hereby finds that

27 | the Stipulation, which this Court incorporates by reference into this

28 | Order, demonstrates facts that support a continuance of the trial

1  date in this matter, and provides good cause for a finding of

2  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

3      The Court further finds that:  (i) the ends of justice served by

4  the continuance outweigh the best interest of the public and

5  defendant in a speedy trial; ~~(ii) failure to grant the continuance~~

6  ~~would be likely to make a continuation of the proceeding impossible,~~

7  ~~or result in a miscarriage of justice; and (iii) failure to grant the~~

8  ~~continuance would unreasonably deny defendant continuity of counsel~~

9  ~~and would deny defense counsel the reasonable time necessary for~~

10  ~~effective preparation, taking into account the exercise of due~~

11  ~~diligence~~.

12      THEREFORE, FOR GOOD CAUSE SHOWN:

13      1.    The trial in this matter is continued from July 9, 2024 to

14  April 15, 2025, 9:00 a.m.

15      2.    The time period of June 4, 2024 to April 15, 2025,

16  inclusive, is excluded in computing the time within which the trial

17  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

18  and (B)(iv).

19      3.    Nothing in this Order shall preclude a finding that other

20  provisions of the Speedy Trial Act dictate that additional time

21  periods are excluded from the period within which trial must

22  commence.  Moreover, the same provisions and/or other provisions of

23  //

24  //

25  //

26  //

27  //

28  //

1  the Speedy Trial Act may in the future authorize the exclusion of

2  additional time periods from the period within which trial must

3  commence.

4      IT IS SO ORDERED.

5

6  6/20/2024

   DATE                           HONORABLE R. GARY KLAUSNER

7                                 UNITED STATES DISTRICT JUDGE

8

9

10  Presented by:

11      /s/ *Maxwell Coll*

    MAXWELL COLL

12  NISHA CHANDRAN

    Assistant United States Attorneys

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28