UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No. __2:24–cr–00311–RGK__ | Date __3/3/2025__ |

Present: The Honorable <u>R. GARY KLAUSNER, United States District Judge</u>

Interpreter: __Yanyan Liu (Mandarin Language Interpreter)__

| __Joseph Remigio__ | __Marea Woolrich__ | __Alexander Gorin__ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 2. Yicheng Zhang, Custody REG 15441 511 | 2. Errol Stambler, Retained |

**PROCEEDINGS:     CHANGE OF PLEA**

X   Defendant moves to change plea to the __Indictment__.

X   Defendant sworn.

X   Defendant enters a new and different plea of GUILTY to __1__.

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday, __June 23, 2025 at 10:00 AM__ for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before __5/23/2025__.

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X   The Court vacates the __April 15, 2025__ trial date as to this defendant.

:17
Initials of Deputy Clerk: __jre__

cc: USPO