1  Errol H. Stambler, Esq.
2  10880 Wilshire Blvd., Suite 1101
   Los Angeles, California 90024
3  O:      (310) 473-4525
4  Email:estambler@msn.com
5  California State Bar Number: 58374
   Party for: Yicheng Zhang
6

7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  United States of America, )      Case No. 24CR00311-RGK
11        Plaintiff,           )
12  Vs.                        )      ORDER [73]
13  Yicheng Zhang,             )
14        Defendant.           )
15

16  GOOD CAUSE HAVING BEEN FOUND, It is hereby Ordered that the sentencing
17  previously set for June 23, 2025, at 10:00 AM is now continued to July 28, 2025, at
18  10:00 AM.

19                                    *[signature: Gary Klausner]*
20  Date:  05/30/2025                 _____
21                                    The Honorable R. Gary Klausner
22                                    United States District Judge
23
24
25
26
27
28