# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 2:24-cr-00311-RGK-2 | Date | September 15, 2025 |
|---|---|---|---|

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter  Yanyan Liu (Mandarin Language Interpreter)

| Joseph Remigio | Marea Woolrich | Nisha Chandran |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Yicheng Zhang | X | X | | 2) Errol Stambler | X | | X |

**Proceedings:**  **SENTENCING**

The case is called.  Counsel and defendant make their appearance.

Court and counsel confer.  Counsel present argument.  Defendant declines to address the Court.  The Court places findings on the record and proceeds with sentencing.

**SEE SEPARATE JUDGMENT AND COMMITMENT ORDER**.

**IT IS SO ORDERED.**

|  | : | 18 |
|---|---|---|
| Initials of Deputy Clerk | JRE | |